IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD ALAN DUELL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF HONOLULU, ET AL.<br><br>Defendants. | CIVIL NO. 25-00538 JAO-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO DISMISS THIS CASE WITH PREJUDICE (ECF NO. 33) |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO DISMISS THIS CASE WITH PREJUDICE (ECF NO. 33)**

Findings and Recommendation having been filed and served on all parties on October 22, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations to Dismiss this Case with Prejudice, ECF No. 33, are adopted as the opinion and order of the Court.

///

///

///

///

IT IS SO ORDERED.

DATED: Honolulu, Hawai‘i, November 10, 2026.

Jill A. Otake
United States District Judge